IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| REHABCARE GROUP MANAGEMENT SERVICES, INC. ) ) ) PLAINTIFF ) ) v. ) ) NATCHEZ REGIONAL MEDICAL CENTER ) ) DEFENDANT ) | CIVIL CASE NO. 5:06-cv-118-DCB-JMR |

## AGREED ORDER STAYING ACTION PENDING SETTLEMENT

By agreement of the parties, as evidenced by the signature of undersigned counsel, and the Court being well and sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the parties have agreed to settle this case according to the terms of the Settlement and Forbearance Agreement entered into by the parties December 22, 2006, which shall take until, at latest, April 1, 2008, to satisfy, (the "Agreement").

**IT IS FURTHER ORDERED AND ADJUDGED** that this action shall be stayed pending satisfaction of the settlement. This Court retains jurisdiction over the subject matter and parties of this action. Upon satisfaction of all obligations contained in the Agreement, the Plaintiff shall file an Agreed Order of Dismissal. In the event Defendant defaults under the Agreement, Plaintiff shall file an Agreed Order of Judgment.

Entered this 16th day of January 2007

_____
HON. DAVID C. BRAMLETTE, III.
UNITED STATES DISTRICT COURT JUDGE

Tendered by:

_____
Benjamin C. Fultz
TACHAU MADDOX HOVIOUS & DICKENS PLC
2700 National City Tower
101 S. Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020

and

O. Stephen Montagnet III
W. Thomas McCraney, III
MCCRANEY & MONTAGNET, PLLC
5760 I-55 N, Suite 300
Jackson, MS 39211
Telephone: (601) 957-7811
Facsimile: (601) 957-9915

*Counsel for Plaintiff*

_____
Walter Brown, Esq.
WALTER BROWN LAW FIRM PLLC
PO Box 963
Natchez, Mississippi 39121
Telephone: (601) 442-4242
Facsimile: (601) 442-3996

*Counsel for Defendant*