**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

JUN 0 4 2008

J. T. NOBLIN, CLERK
BY_____DEPUTY

| | |
|---|---|
| REHABCARE GROUP MANAGEMENT SERVICES, INC. a Delaware corporation | ) ) ) ) |
| **PLAINTIFF** | ) ) |
| v | ) ) |
| NATCHEZ REGIONAL MEDICAL CENTER | ) ) |
| **DEFENDANT** | ) |

**CIVIL CASE NO. 5:06CV118**

## ORDER

**THIS CAUSE** coming on for hearing on joint motion *ore tenus* of counsel for the parties

announcing that payment in full of all monies owing by NATCHEZ REGIONAL MEDICAL

CENTER to REHABCARE GROUP MANAGEMENT SERVICES, INC. and that the Agreed

Judgment previously entered should be cancelled and held for naught, and the Court having been

further advised that the sum of $118,718.12 has been received by RehabCare in full settlement of

all remaining claims, and the Court finding that said motion is well taken, it is hereby,

**ORDERED** that the complaint filed herein is hereby dismissed with prejudice and the

Agreed Judgment previously submitted to the Court but never entered is hereby cancelled and held

for naught. Each party herein shall bear their own costs.

**SO ORDERED** this the 29th day of May, 2008.

_____
United States District Court Judge

HAVE SEEN AND AGREED:


_Benjamin C. Fultz_

Benjamin C. Fultz
Fultz Maddox Hovious & Dickens PLC
2700 National City Tower
Louisville, Kentucky 40202
Telephone: (502) 588-2000
Facsimile: (502) 588-2020
(Signed by Walter Brown with the
permission and authority of Benjamin C. Fultz


and

O. Stephen Montagnet III
W. Thomas McCraney, III
McCraney & Montagnet, PLLC
5760 I-55 N, Suite 300
Jackson, MS 39211
Telephone: (601) 957-7811
Facsimile: (601) 957-9915


Counsel for Plaintiff

_Walter Brown_

Walter Brown
Walter Brown Law Firm PLLC
P. O. Box 963
Natchez, Mississippi 39121
Telephone: (601) 442-4242
Facsimile: (601) 442-3996


Counsel for Defendant